No. 74–1129.  JAMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–1145.  COOK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–1189.  AMERICAN STANDARD, INC. *v.* CRANE CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–1195.  WATERFRONT GUARD ASSOCIATION, LOCAL 1852, INDEPENDENT WATCHMEN'S ASSOCIATION OF THE PORT OF BALTIMORE, MARYLAND *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 74–1206.  ZIONS FIRST NATIONAL BANK, EXECUTOR *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 74–1215.  T. J. FALGOUT BOATS, INC., ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–1232.  BELTRONICS, INC. *v.* EBERLINE INSTRUMENT CORP. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 74–5248.  ANDERSON *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 74–6128.  KNIGHT *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–6133.  TEDDER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.